In the Matter of the Claim of EWALD SCHMIDT, Respondent, against WOLF CONTRACTING Co., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

In the Matter of the Claim of GEORGE KNOOB, Respondent, against LEON NEON SERVICE CORP., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

In the Matter of the Claim of ALBERT VAN GORDER, Respondent, against BINGHAMTON STATE HOSPITAL et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

In the Matter of the Claim of WALTER A. MAROWSKI, Respondent, against SOCONY-VACUUM OIL Co., INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.

Submitted October 1, 1945; decided October 11, 1945.

*Edward R. Finch* for motion.

No one opposed.

Motions denied, with $10 costs and necessary printing disbursements, upon the ground that appeals lie as of right.